
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:22 cr 103-FDW |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violations: 18 U.S.C. § 2113(a) |
| KHALIL JEFFREY PRATER ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Bank Robbery)*

On or about February 8, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KHALIL JEFFREY PRATER,**

by force and violence, and intimidation, did take from the person and presence of another, a sum of money belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank branch located at 12802 South Tyron Street, Charlotte, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO
*(Bank Robbery)*

On or about March 1, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KHALIL JEFFREY PRATER,**

by force and violence, and intimidation, did take from the person and presence of another, a sum of money belonging to and in the care, custody, control, management, and possession of the Bank of America branch located at 2249 Beatties Ford Road, Charlotte, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE
*(Attempted Bank Robbery)*

On or about March 16, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KHALIL JEFFREY PRATER,**

by force and violence, and intimidation, did attempt to take from the person and presence of another, a sum of money belonging to and in the care, custody, control, management, and possession of the U.S. Bank branch located at 201 South Tryon Street, Charlotte, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. §§ 982 and 924, and 28 U.S.C. § 2461(c). Under section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by § 981(a)(1)(C). The following property is subject to forfeiture in accordance with section 982, 924, and/or 2461(c):

(a) all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the violations alleged in this bill of indictment;

(b) all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations;

(c) all property involved in such violations; and

(d) in the event that any property described in (a), (b), or (c) cannot be located or recovered or has been substantially diminished in value or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ERIK LINDAHL
ASSISTANT UNITED STATES ATTORNEY