# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Charlotte
Apr 14 2026
U.S. District Court
Western District of N.C.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0419 3:22CR00103- 001 |
| | ) | |
| | ) | **RECEIVED** |
| | ) | **UNITED STATES MARSHAL** |
| Khalil Jeffrey Prater | ) | |
| *Defendant* | ) | **10:50 am, Feb 25 2026** |

**ARREST WARRANT**

**WESTERN NORTH CAROLINA
CHARLOTTE**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Khalil Jeffrey Prater ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: February 24, 2026

City and state:     Asheville, NC

W. Carleton Metcalf
United States Magistrate Judge

---

| **Return** |
|---|

This warrant was received on *(date)* __2-25-26__ , and the person was arrested on *(date)* __4-10-26__ at *(city and state)* __Charlotte, NC.__ .

Date:  __4-10-26__

_____
*Arresting officer's signature*

M. Sukis / CIDUSM
*Printed name and title*