| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | UNAPPOSED MOTION FOR |
| v. | ) | PSYCHIATRIC/ PSYCHOLOGICAL |
| | ) | EXAMINATION & COMPETENCY |
| KHALIL JEFFREY PRATER, | ) | HEARING |
| Defendant. | ) | |
| | ) | |

Counsel for the Defendant, Khalil Prater, has questions regarding the competency of the Defendant and respectfully moves this Honorable Court to order a psychiatric/psychological examination and conduct a competency hearing.

A defendant cannot be tried if he lacks the mental competency to stand trial. See *Pate v. Robinson*, 338 U.S. 375 (1966); *Dusky v. United States*, 362 U.S. 402 (1960). The undersigned counsel in this case has reason to believe that Mr. Prater is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 § U.S.C. 4241(a). Counsel formed this opinion after speaking to the Defendant prior to his Preliminary Revocation Hearing and Detention Hearing on April 15, 2026. Counsel has serious concerns regarding Mr. Prater's ability to understand the nature and consequences of the proceedings against him and to assist in his defense. Furthermore, counsel believes that the Defendant's mental disease or defect has led to his supervised release violations.

Counsel therefore moves this Honorable Court to (1) order that Mr. Prater undergo a psychiatric or psychological examination to determine his current mental competency to face the supervised release violations against him, and (2) to hold a hearing on his competency to proceed following completion of the expert report. 18 U.S.C. § 4241(a), (b). Assistant United States Attorney Edward Ryan is not opposed to this motion.

**This** the 29th day of May 2026.

Respectfully Submitted,


s/MATTHEW JOSEPH
Bar Number: 27917
Attorney for Defendant
212 N. McDowell Street, Suite 208
Charlotte, North Carolina 28204
Telephone: (704) 503-9200
Fax: (980) 422-0275
Email: Matthew@lawmcj.com

# CERTIFICATE OF SERVICE

I, Matthew Joseph, do hereby certify that I have served a copy of the attached Motion upon the following by electronic mail and addressed as follows:

Mr. Edward R. Ryan
Assistant United States Attorney
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Phone: (704) 338-3117
ed.ryan@usdoj.gov

**This** the 29th day of May 2026.

s/MATTHEW JOSEPH
Bar Number: 27917
Attorney for Defendant
212 N. McDowell Street, Suite 208
Charlotte, North Carolina 28204
Telephone: (704) 503-9200
Fax: (980) 422-0275
Email: Matthew@lawmcj.com